UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMOYED CLUB OF AMERICA, INC., a California domestic corporation; SAMOYED CLUB OF WASHINGTON STATE, a Washington domestic corporation; PAUL MARTIN, individually; LINDA VON HANNEKEN, individually; DARLENE RAUTIO, individually; and JAMES CHESKAWICH, individually,<br><br>                Plaintiffs,<br>    v.<br><br>JOHN DOE, at scaelections@mail.com, and JANE DOE, at scaelections@mail.com,<br><br>                Defendants. | NO: 2:15-CV-345-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is Plaintiffs' Notice of Voluntary Dismissal, ECF No. 12. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. Plaintiffs' Notice of Voluntary Dismissal, **ECF No. 12**, is **APPROVED**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. Plaintiffs' Complaint is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** March 30, 2017.

>    *s/ Rosanna Malouf Peterson*
>    ROSANNA MALOUF PETERSON
>    United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2